No. 150. GEMEX CORPORATION *v.* A. C. BECKEN Co.; and

No. 265. A. C. BECKEN Co. *v.* GEMEX CORPORATION. C. A. 7th Cir. Certiorari denied. *Edward A. Haight* for Gemex Corp. *Lorentz B. Knouff* for A. C. Becken Co. Reported below: 314 F. 2d 839.

No. 151. BYRD ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Wesley R. Asinof* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 152. DIPIERRO *v.* OHIO. Supreme Court of Ohio. Certiorari denied. *Aaron H. Zychick* for petitioner. *John T. Corrigan* for respondent.

No. 154. FABRE *v.* RESERVE INSURANCE Co. Supreme Court of Louisiana. Certiorari denied. *J. Minos Simon* for petitioner.

No. 156. DELEO ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Frances Kahn* for petitioners.

No. 158. M. W. ZACK METAL Co. *v.* THE BIRMINGHAM CITY ET AL. C. A. 2d Cir. Certiorari denied. *Anthony B. Cataldo* for petitioner.

No. 161. McGARRH *v.* MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *James P. Coleman* for petitioner.